E-FILED
Friday, 07 December, 2018  10:59:44 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

CHAMBERS OF
ERIC I. LONG
MAGISTRATE JUDGE

338 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802
TELEPHONE 217-373-5839
FACSIMILE 217-373-5840
EMAIL long@ilcd.uscourts.gov

December 7, 2018

Ms. Dana L. Dandridge
933 Garfield Pl.
Danville, IL 61832

Re: Dandridge v. Ohl, et. al., Case 18-cv-2039

Dear Ms. Dandridge:

The following attorneys have represented plaintiffs in employment matters before this Court. You may continue your search for an attorney by contacting one or more of these offices:

**William Faber**
236 N. Water St.
Suite 300
Decatur, IL  62523
217-425-9002

**Ronald Langacker**
102 E. Main St.
Suite 100
Urbana, IL
217-954-1025

**Gerald W. Smith**
Smith Law Firm
Suite 5B
1002 Commercial Drive
P.O. Box 46
Mahomet, IL 61853
217-586-3755

**Ajay Shah**
300 S. Wacker Drive
Suite 250
Chicago, IL 60606
312-344-3401

**James P. Baker**
Baker, Baker and
Krajewski, LLC
415 S. Seventh Street
Springfield, IL 62701
217-522-3445

I would encourage you to ask any of these attorneys for a referral if they cannot handle your case. Please understand that, by providing you this information, I am not endorsing or recommending any one of these firms over the others or over any other attorney that you might be able to locate.

Sincerely,

s/Eric I. Long

1

Eric I. Long
U.S. Magistrate Judge